**E-FILED:** 2/14/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EUGENE BOYD, by and through his guardian ad litem, BERNICE BOYD,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>Defendant. | No. C-06-07166 RMW<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE DATE; ORDER REGARDING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Eugene Boyd, by and through his guardian *ad litem*, Bernice Boyd, filed the present complaint regarding the Commissioner of Social Security's denial of his application for supplemental security income on the basis of disability. A case management conference was inadvertently set for March 2, 2007. Pursuant to this court's Procedural Order for Social Security Review Actions (Docket No. 4), no case management conference is required. Accordingly, the court hereby vacates the March 2, 2007 case management conference date.

On December 13, 2006 this court issued an order that plaintiffs file additional information in support of their application to proceed *in forma pauperis* within fifteen (15) days. Plaintiffs have not yet filed the requested information. The court hereby orders plaintiffs to file the additional

ORDER VACATING CASE MANAGEMENT CONFERENCE DATE; ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS—No. C-06-07166 RMW
SPT

United States District Court
For the Northern District of California

1    financial information specified in this court's December 13, 2006 order (Docket No. 6) no later than

2    Thursday, February 22, 2007.  If the court does not timely receive the additional information,

3    plaintiffs' application to proceed *in forma pauperis* will be denied and plaintiffs will be required to

4    pay the filing fee.

5          Additionally, plaintiffs have not served defendant in this action.  Plaintiffs are ordered to

6    forthwith serve defendant and the parties are to comply with the court's Procedural Order for Social

7    Security Review Actions (Docket No. 4).

8

9
     DATED:        2/14/07                              *Ronald M Whyte*

10                                                      RONALD M. WHYTE
                                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER VACATING CASE MANAGEMENT CONFERENCE DATE; ORDER REGARDING APPLICATION TO PROCEED IN
FORMA PAUPERIS—No. C-06-07166 RMW
SPT                                                    2

**United States District Court**
For the Northern District of California

1  **THIS SHALL CERTIFY THAT A COPY OF THIS ORDER HAS BEEN PROVIDED TO:**

2

   **Counsel for Plaintiffs:**

3

   Marc V. Kalagian              marckalagian_rohlfinglaw@hotmail.com

4

5

6  **Counsel for Defendant:**

7  (defendant not yet served)

8

   Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

9

10  **Date:**         **2/14/07**                              **SPT**
                                                           **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER VACATING CASE MANAGEMENT CONFERENCE DATE; ORDER REGARDING APPLICATION TO PROCEED IN
FORMA PAUPERIS—No. C-06-07166 RMW
SPT                                                3