JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO, SBN NY 2616118
Special Assistant United States Attorney
   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8983
   Facsimile:  (415) 744-0134
   E-Mail: Leo.R.Montenegro@ssa.gov

E-Filed on 11/16/09

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE BOYD,<br>    Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | No. 5:06-cv-07166-RMW<br><br>STIPULATION FOR REMAND<br>PURSUANT TO SENTENCE SIX<br>OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence six.

    Meaningful review of this case is not possible because the Appeals Council is unable to locate the recording of Plaintiff's hearing.  On remand, the Appeals Council will continue to search for the recording of Plaintiff's hearing; if the recording cannot be located within 120 days, the Appeals Council will remand the case for a *de novo* hearing.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 23, 2009 | */s/ Marc V. Kalagian* |
| | (as authorized via e-mail) |
| | MARC V. KALAGIAN |
| | Attorney for Plaintiff |
| | |
| | JOSEPH P. RUSSONIELLO |
| | United States Attorney |
| | |
| Dated: September 23, 2009 | By *s/ Leo R. Montenegro* |
| | LEO R. MONTENEGRO |
| | Special Assistant U. S. Attorney |
| | |
| | Attorney for Defendant |

OF COUNSEL:
DANIEL P. TALBERT
Assistant Regional Counsel, Region IX
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: 11/16/09

*Ronald M. Whyte*

RONALD M. WHYTE
UNITED STATE DISTRICT JUDGE

2