```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
 3  Regional Chief Counsel, Region IX
    Social Security Administration
 4  DANIEL P. TALBERT, SBN OH 84088
 5  Special Assistant United States Attorney                *E-FILED - 2/10/10*
        333 Market Street, Suite 1500
 6      San Francisco, California 94105
        Telephone:  (415) 977-8926
 7      Facsimile:  (415) 744-0134
 8      E-Mail: Daniel.Talbert@ssa.gov
 9  Attorneys for Defendant
10                      UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
11
12  EUGENE BOYD,              )   CIVIL NO. 06-07166-RMW
        Plaintiff,            )
13                            )
        v.                    )   STIPULATION TO REOPEN;
14                            )   [] ORDER TO REOPEN
15  MICHAEL J. ASTRUE,        )
    Commissioner of Social Security, )
16      Defendant.            )
                              )
17
```

18    IT IS HEREBY STIPULATED, by and between the parties, to reopen the above-captioned matter. A previous Order for Remand, pursuant to sentence six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), was entered on November 16, 2009, for the purpose of locating the recording of a hearing dated January 31, 2006, and for preparing the administrative record for filing with the Defendant's answer. That task has been completed, and Defendant is prepared to file his answer and lodge the administrative record.

Under sentence six of 42 U.S.C. § 405(g), "[t]he court may, on motion of the Commissioner of Social Security made for good cause before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security." 42 U.S.C. § 405(g). The remanding court retains jurisdiction when it remands under sentence six. See Shalala v. Schaefer, 509 U.S. 292, 297 (1993) ("[i]mmediate entry of judgment (as opposed to entry of judgment after postremand

1  agency proceedings have been completed and their results filed with the court) is in fact the
2  principal feature that distinguishes a sentence-four remand from a sentence-six remand"). In the
3  instant case, this Court remanded pursuant to sentence six, and retains jurisdiction. See id.
4  Therefore a reopening is appropriate.

The parties stipulate to reopen this matter for resolution before this Court.

Respectfully submitted,

Dated: February 3, 2010            */s/ Marc V. Kalagian*
                                   (as authorized via email)
                                   MARC V. KALAGIAN
                                   Attorney for Plaintiff

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

Dated: February 3, 2010            By *s/ Daniel P. Talbert*
                                   DANIEL P. TALBERT
                                   Special Assistant U. S. Attorney

                                   Attorneys for Defendant

ORDER

Based upon the parties' Stipulation to Reopen, IT IS ORDERED that the above-captioned matter be reopened.

DATED: 2/9/10

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE