1
2
3
4
5                                                                          E-Filed 8/9/10
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION
11
12
13      EUGENE BOYD,                              No. C-06-07166 RMW
14                 Plaintiff,
15                                                JUDGMENT
                   v.
16
17      MICHAEL J. ASTRUE, Commissioner of
        Social Security,
18
19                 Defendant.
20
21          The parties' arguments having been considered and a decision having been rendered, IT IS
22      HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the
23      Clerk of the Court close the file.
24
25      DATED:        8/9/10
26                                                RONALD M. WHYTE
                                                  United States District Judge
27
28

JUDGMENT—C-06-07166 RMW